PROB 12C
(6/16)

Report Date: November 16, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Aalund                    Case Number: 0980 2:04CR02063-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 14, 2005

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison 151 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | March 24, 2015 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | March 23, 2020 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On November 1, 2018, the undersigned officer directed Mr. Aalund to report to the Eastern District of Washington Sobriety Treatment and Education Program (STEP) session on November 15, 2018.  However, Mr. Aalund failed to report to the scheduled STEP session on November 15, 2018. |
| | On March 18, 2015, Mr. Anthony Aalund signed his conditions of supervision relative to case number 2:04CR02063-FVS-1, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Aalund was made aware by his U.S. probation officer that he  follow the instructions of the probation officer. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |


Prob12C
**Re: Aalund, Anthony C**
**November 16, 2018**
**Page 2**

**Supporting Evidence**: Anthony Aalund failed to attend his scheduled treatment at Pioneer Counseling Center on October 29, and November 15, 2018. He reported late to his scheduled individual session at Pioneer Counseling Center on November 7, 2018, and did not have his required work completed. Additionally, on November 13, 2018, he was asked to leave his treatment group at Pioneer Counseling Center for falling asleep.

On March 18, 2015, Mr. Anthony Aalund signed his conditions of supervision relative to case number 2:04CR02063-FVS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Aalund was made aware by his U.S. probation officer that he enter into and successfully complete an approved substance abuse treatment program, including aftercare.

3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: Anthony Aalund failed to provide a urine specimen as scheduled on October 22, 2018, at Pioneer Counseling Center.

On March 18, 2015, Mr. Anthony Aalund signed his conditions of supervision relative to case number 2:04CR02063-FVS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Aalund was made aware by his U.S. probation officer that he must abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 16, 2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

11/16/18
Date